#3

PRISONER CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** United States of America ex rel. GEORGE BENTON CHILDRESS

**Defendant(s):** NEDRA CHANDLER, etc., et al.

**County of Residence:** LEE

**County of Residence:**

**Plaintiff's Address:**
George Bentono Childress
B-82576
Dixon - DIX
P.O. Box 1200
Dixon, IL 61021

**Defendant's Attorney:**
Chief of Criminal Appeals
Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[✓] 3. Federal Question (U.S. gov't. not a party)
[ ] 2. U.S. Government Defendant
[ ] 4. Diversity

**08CV2960
JUDGE ZAGEL
MAG. JUDGE DENLOW**

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
[✓] 1. Original Proceeding
[ ] 2. Removed From State Court
[ ] 3. Remanded From Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred From Other District
[ ] 6. MultiDistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus General

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes [✓] No

**Signature:** M. Burke

**Date:** 5/21/08

FILED
MAY 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT