IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel. <br>   GEORGE B. CHILDRESS, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 08 C 2960 |
| NEDRA CHANDLER, Warden, <br>   Dixon Correctional Center, | ) <br> ) <br> ) | The Honorable <br> James B. Zagel, |
| Respondent. | ) | Judge Presiding. |

## MOTION FOR EXTENSION OF TIME

On June 30, 2008, this Court ordered respondent to respond to George B. Childress's petition for writ of habeas corpus under 28 U.S.C. § 2254 on or before July 21, 2008. Respondent requests this Court to grant a 30-day extension of time to August 20, 2008, to file the response.

A supporting affidavit is attached to this motion for an extension of time.

July 16, 2008                           Respectfully submitted,

                                           LISA MADIGAN
                                           Attorney General of Illinois

                     By:     s/Erica R. Seyburn
                                  ERICA R. SEYBURN, Bar # 6287357
                                  Assistant Attorney General
                                  100 West Randolph Street, 12th Floor
                                  Chicago, Illinois 60601
                                  PHONE: (312) 814-2139
                                  FAX: (312) 814-2253
                                  E-MAIL: eseyburn@atg.state.il.us

State of Illinois    )
                     ) ss.
County of Cook       )

**AFFIDAVIT**

ERICA SEYBURN,, being first duly sworn upon oath, deposes and states as follows:

    1. That I am the Assistant Attorney General assigned to represent the respondent in this matter.

    2. That this is respondent's first request for an extension of time.

    3. That this extension is necessary, in part, to obtain the relevant state court documents, and to allow time for supervisors to edit the response.

    4. Based on the foregoing, respondent respectfully requests that this Honorable Court grant his motion for a 30-day extension of time to file her answer.

    FURTHER AFFIANT SAYETH NOT.


    _s/Erica Seyburn_____
    Erica Seyburn

**CERTIFICATE OF SERVICE**

I certify that on July 16, 2008, I electronically filed respondent's **Motion for Extension of Time** and the accompanying **Notice of Motion** with the Clerk of the United States District Court for the Northern District, Eastern Division, using the CM/ECF system, and on the same date mailed a copy of that document by United States Postal Service to the following non-CM/ECF user:

    George B. Childress, #B82576
    Dixon Correctional Center
    2600 N. Brinton Ave.
    Dixon, IL 61021

    s/Erica R. Seyburn
    ERICA R. SEYBURN, Bar # 6287357
    Assistant Attorney General
    100 W. Randolph Street, 12th Floor
    Chicago, Illinois 60601-3218
    PHONE: (312) 814-2139
    FAX: (312) 814-2253
    E-MAIL: eseyburn@atg.state.il.us