IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | | |
|---|---|---|
| United States of America ex rel. | ) | |
| GEORGE B. CHILDRESS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 2960 |
| | ) | |
| NEDRA CHANDLER, Warden, | ) | |
| Dixon Correctional Center, | ) | The Honorable |
| | ) | James B. Zagel, |
| Respondent. | ) | Judge Presiding. |

---

## NOTICE OF MOTION

To:   George B. Childress, #B82576
      Dixon Correctional Center
      2600 N. Brinton Ave.
      Dixon, IL 61021

PLEASE TAKE NOTICE that on July 22, 2008, at 10:15 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel, Room 2503, or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and present the attached MOTION FOR EXTENSION OF TIME.

LISA MADIGAN
Attorney General of Illinois

By:   s/Erica R. Seyburn
      ERICA R. SEYBURN, Bar # 6287357
      Assistant Attorney General
      100 West Randolph Street, 12th Floor
      Chicago, Illinois 60601
      PHONE: (312) 814-2139
      FAX: (312) 814-2253
      E-MAIL: eseyburn@atg.state.il.us